HENDERSON v. U.S. FIDELITY & GUARANTY CO.

No. 490PA96

Case below: 124 N.C.App. 103

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 7 February 1997.

HOUSTON v. DOUGLAS

No. 480P96

Case below: 124 N.C.App. 230

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.

HUMPHRIES v. N.C. DEPT. OF CORRECTION

No. 549PA96

Case below: 124 N.C.App. 545

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 7 February 1997.

IN RE APPEAL OF CAMEL CITY LAUNDRY CO.

No. 358P96

Case below: 123 N.C.App. 210

Petition by petitioner for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.

JOHNSTON v. WILLIAMS

No. 15P97

Case below: 124 N.C.App. 670

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.